**DISMISS, and Opinion Filed July 15, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00320-CV

## IN THE INTEREST OF A.M., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF04-21544**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Brown
Opinion by Justice Lang-Miers

Appellant's brief in this case is overdue. By postcard dated June 6, 2014, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

140320F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.M., A Child

No. 05-14-00320-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF04-21544.
Opinion delivered by Justice Lang-Miers.
Chief Justice Wright and Justice Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee NYA MILLER recover his costs of this appeal from appellant CARNISHA CAMPBELL.

Judgment entered this 15th day of July, 2014.